UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re )<br>)<br>TAMMY L. DEMARS )<br>)<br>Debtor ) | Chapter 7, No. 10-32475-HJB |

## DEBTOR'S MOTION TO AVOID JUDICIAL LIENS PURSUANT TO 11 U.S.C. §522(f)

To the HONORABLE HENRY J. BOROFF, Bankruptcy Judge:

Now comes the above-captioned Debtor, TAMMY L. DEMARS, and hereby move this Honorable Court pursuant to 11 U.S.C. §522(f) and MLBR 4003-1, for the entry of an Order avoiding a certain judicial lien which impairs her exemption to which she is entitled under the Bankruptcy Code. In support thereof, the Debtor respectfully states as follows:

1. On December 6, 2010, the Debtor filed a Voluntary Petition (hereinafter "Petition Date") with this Court seeking protection under Chapter 7 of the United States Bankruptcy Code ("Code").

2. That among the assets set forth on the Debtor's Bankruptcy Schedules is her primary residence located at 221 Corcoran Boulevard, Springfield, Hampden County, Massachusetts ("Property") as more fully described in the Hampden County Registry of Deeds in Book 12788, Page 169.

3. The Debtor listed the Property as having a value of $ 135,000.00 [MLBR 4003-1(a)(7)].

4. That, pursuant to 11 U.S.C. §522(d)(1), the Debtor has claimed an exemption in the Property in the amount of $10,812.00.

5. At the time of the filing of the Bankruptcy Petition, the Property was subject to a judicial lien that impairs the Debtor's exemption. The parties holding said judicial lien ("Judicial Lien"), and the pertinent Registry of Deeds recording information, is as follows [MLBR 4003-1(a)(1)]:

    a. <u>Creditor</u>: Household Finance Corporation c/o Jennifer Maynard, Esq., Sheetman, Halperin, Savage LLP., 1080 Main Street, Pawtucket, Rhode Island, 02860.

    (i) <u>Lien</u>: Execution issued by the Springfield District Court (Docket No. 201023CV000402), in Household Finance Corporation and recorded on September 9, 2010 at the Hampden County Registry of Deeds in Book 18442, Page 530 in the amount of $13, 090.71.

(the aforementioned Execution is hereinafter collectively referred to as "Judicial Lien").

6. At the time of the filing of the Bankruptcy Petition, in addition to the Judicial Lien noted above, the Property was subject to the following encumbrance:

    (i) A mortgage originally granted by the Debtor to Solstice Capital Group, Inc. dated November 17, 2006, in the principal sum of $160,000.00, and recorded at the Hampden County Registry of Deeds in Book 16333, Page 152; subsequently taken over by Household Finance Corporation. with a balance remaining of $155,467.00 as of the Petition Date; and

7. Based upon the formula set forth in 11 U.S.C. 522(f)(2)(A) and as required under MLBR 4003-1(a)(8), the Debtor submits that:

(i)      The judicial liens are $13,090.71 (excluding any applicable interest);

(ii)     All other liens amount to $155,467.00;

(iii)    The amount of the exemption is $10,812.00;

(iv)    Accordingly, the total of all liens and the exemption is $179,369.71 (excluding any applicable interest);

(v)     The value of Property being $135,000.00; and

(vi)    The amount by which the liens exceed the Debtor's interest in the property is $44,369.71 (plus any applicable interest).

8. As a result of the foregoing, the Judicial Lien noted above impairs the Debtor's exemption to which she is entitled, and therefore is avoidable pursuant to §522 (f) of the Code.

WHEREFORE, the Debtor respectfully requests the entry of an Order providing the following relief:

1. The entry of an Order avoiding the Judicial Lien noted in Paragraph 5 recorded against the Debtor's interest in the Property located at 221 Corcoran Boulevard, Springfield, Hampden County, Massachusetts, and deeming said lien be void, cancelled and discharged; and

2. For such other and further relief as this Court deems just and proper.

Dated: April 13th, 2011

TAMMY DIMARS

By: _____
JONATHAN R. GOLDSMITH, ESQ.
(BBO No. 548285)
LAW OFFICE OF JONATHAN R. GOLDSMITH
AND ASSOCIATES, LLC
1350 Main Street, Suite 1505
Springfield, MA 01103
Tel. (413) 747-0700
Fax (413) 747-0414

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

In re ) Chapter 7, No. 10-32475-HJB
)
TAMMY DEMARS )
)
Debtor )
)

## CERTIFICATE OF SERVICE

I, JONATHAN R. GOLDSMITH, ESQ., of the LAW OFFICE OF JONATHAN R. GOLDSMITH AND ASSOCIATES, LLC, 1350 Main Street, Suite 1505, Springfield, Massachusetts, do hereby certify that I have served a copy of the Debtor's Motion to Avoid Judicial Liens Pursuant to 11 U.S.C. §522 (f) and proposed Order upon the following parties by electronic mail or by first class mail, postage prepaid, on this 12th day of April, 2011:

Richard King, Esq.
OFFICE OF THE U.S. TRUSTEE
446 Main Street, 14th Floor
Worcester, MA 01608

HOUSEHOLD FINANCE GROUP
P.O. Box 9068
Brandon, FL 33509-9068

David Ostrander, Trustee
OSTRANDER LAW OFFICE
36 Service Center Road
P.O. Box 1237
Northampton, MA 01061

HOUSEHOLD FINANCE GROUP
c/o Jennifer Maynard, Esq.
Shechtman, Halperin, Savage, LLP
1080 Main Street
Pawtucket, RI 0286

MS. TAMMY L. DEMARS
221 Corcoran Boulevard
Springfield, MA 01118

_____
JONATHAN R. GOLDSMITH, ESQ.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re ) | Chapter 7, No. 10-32475-HJB |
| ) | |
| TAMMY DEMARS ) | |
| ) | |
| Debtor ) | |

## ORDER ON DEBTOR'S MOTION TO AVOID JUDICIAL LIENS PURSUANT TO 11 U.S.C. §522(f)

At _____, in said District, this _____ day of _____, 2011.

Upon the Debtor's Motion to Avoid Judicial Liens Pursuant to 11 U.S.C. §522(f), after notice and hearing, and for cause shown, it is hereby

ORDERED, that the following judicial lien in favor of the below-noted creditor is hereby avoided, cancelled and discharged to the extent that it applies to the Debtor, TAMMY DEMARS, and her property located at 221 Corcoran Boulevard, Springfield, Hampden County, Massachusetts ("Property") and as more fully described in the Hampden County Registry of Deeds in Book 12788, Page 169, and that said lien be deemed voided, cancelled and discharged to the extent that they encumber the Property:

    a. <u>Creditor</u>:   Household Finance Corporation, II c/o Jennifer Maynard, Esq., Shectman, Halperin, Savage LLP., 1080 Main Street, Pawtucket, Rhode Island, 02860

    (i)   <u>Lien</u>: Execution issued by the Springfield District Court (Docket No. 201023CV000402), in Household Finance Corporation, II. and recorded on September 9, 2010 at the Hampden County Registry of Deeds in Book 18442, Page 530 in the amount of $13,090.71.

(the aforementioned Executions are hereinafter collectively referred to as "Judicial Lien"); and

ORDERED, that the Judicial Lien is deemed to not attach to the Debtor's interest in or to in any way encumber the Debtor's property located at 221 Corcoran, Springfield, Hampden County, Massachusetts, which property is described in a Deed recorded at the Hampden County Registry of Deeds in Book 12788, Page 169.

_____
HONORABLE HENRY J. BOROFF
Bankruptcy Judge